IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT MATTHEW PAUL MITCHELL, SR.,<br><br>Defendant. | CR-06-102-GF-BMM<br><br>**ORDER** |

IT IS HEREBY ORDERED that the Order Adopting Findings and Recommendations, (Doc. 76) and Judgment (Doc. 77) are WITHDRAWN.

DATED this 31st day of October, 2019.

_____
Brian Morris
United States District Court Judge